UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LUIS GALEGO,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>                Defendant. | 3:09-cv-00439-LRH-RAM<br><br><u>ORDER</u> |

    It appearing that this action was dismissed without prejudice (#4) on August 20, 2009, based upon plaintiff's failure to pay the necessary filing fee or submitting a complete application to proceed *in forma pauperis* and it further appearing that a Motion for Relief (#5) and Discovery Response (#6) were filed by plaintiff on August 20, 2009, and August 25, 2009, respectively, and that such documents would not have cured in any way the reasons for the dismissal in this action,

    The Motion for Relief (#5) is hereby denied without prejudice based upon the court's previous dismissal of this action without prejudice.

    IT IS SO ORDERED.

    DATED this 11th day of February, 2010.

                                                                         LARRY R. HICKS<br>
                                                                        UNITED STATES DISTRICT JUDGE